

# CyberTipline Report 90034851

Priority Level: E
(Report submitted by a registered Electronic Service Provider)

ECD Escalation: The suspect appears to be a registered sex offender

Received by NCMEC on 05-10-2021 20:47:40 UTC
All dates are displayed as MM-DD-YYYY
Except for times provided in Additional Information sections, all time zones are displayed in UTC

## Executive Summary

The following is a brief overview of information contained in this CyberTipline report:

**Incident Type:** Apparent Child Pornography
Files Not Reviewed by NCMEC, Hash Match

NCMEC Incident Type is based on NCMEC's review of the information or uploaded files in this report **OR** a "Hash Match" of one or more uploaded files.

**Total Uploaded Files:** 2

**Possible Sex Offenders:** 1

The National Center for Missing & Exploited Children (NCMEC) was incorporated in 1984 by child advocates as a private, non-profit 501(c)(3) organization to serve as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited child issues. To further our mission to help find missing children, reduce child sexual exploitation, and prevent future victimization, NCMEC operates the CyberTipline and Child Victim Identification Program. NCMEC makes information submitted to the CyberTipline and Child Victim Identification Program available to law enforcement and also uses this information to help identify trends and create child safety and prevention messages. As a clearinghouse, NCMEC also works with Electronic Service Providers, law enforcement and the public in a combined effort to reduce online child sexual abuse images. NCMEC performs its programs of work pursuant to its own private mission and independent business operations. NCMEC does not act in the capacity of or under the direction or control of the government or law enforcement agencies. NCMEC does not investigate and cannot verify the accuracy of the information submitted by reporting parties.



CyberTipline Report 90034851 | i

## Contents

Section A: Reported Information — 1

    Reporting Electronic Service Provider (ESP) — 1
    Company Information — 1
    Incident Information — 1
    Suspect — 2
    Additional Information Submitted by the Reporting ESP — 6
    Uploaded File Information — 6

Section B: Automated Information Added by NCMEC Systems — 8

    Explanation of Automated Information (in alphabetical order) — 8
    Further Information on Uploaded Files — 8
    Uploaded File Information — 8
    Geo-Lookup (Suspect) — 9
    Geo-Lookup (Uploaded Files) — 11

Section C: Additional Information Provided by NCMEC — 13

    NCMEC Note #1 — 13
    Uploaded File Information — 13

Section D: Law Enforcement Contact Information — 14

    Broward County Sheriff's Office — 14

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.*



CyberTipline Report 90034851 | 1

# Section A: Reported Information

The following information was submitted to the CyberTipline by the Reporting Person or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

### Reporting Electronic Service Provider (ESP)

**Submitter:**
Google
Google Reviewer

Business Address:
1600 Ampitheater Parkway
Mountainview, CA 94043 United States

**Point of Contact for Law Enforcement:**
Email: USlawenforcement@google.com

http://www.google.com/transparencyreport/userdatarequests/legalprocess/

### Company Information

Google identifies and reports child sexual abuse imagery in accordance with federal statutory definition of child pornography as referenced in 18 USC 2256.

Generally, if a report does not contain an upload IP, it may be because Google does not have the information accessible at the time of the report. To the extent that Google does have a record of the upload IP, it can be disclosed in response to valid legal process.

Account information such as IP addresses and user provided information (such as SMS number or secondary e-mail address or Date of Birth) may change over time and/or reflect user provided data that may be inaccurate. This information should be investigated and confirmed independently.

Any account reported in this Cybertip may or may not be disabled in the course of making the report.

For information on which legal process is required for various types of data associated with Google's products and services, please refer to our Transparency Report available here http://www.google.com/transparencyreport/userdatarequests/legalprocess/.

If you intend to seek additional data from Google, please reference this and any related CyberTip number(s) prominently in your legal process.

With respect to the portion of this CyberTip containing the heading: "Was File Reviewed by Company?", when Google responds "Yes" it means the entire contents of the file reported were viewed by a person concurrently to or immediately preceding the sending of the CyberTip. When Google responds "No", it means that while the contents of the file were not reviewed concurrently to making the report, historically a person had reviewed a file whose hash (or digital fingerprint) matched the hash of the reported image and determined it contained apparent child pornography. In some instances, Google will not provide an answer to this question but will provide a description in the "additional information" field to explain the review conducted by a person at Google concurrently to or immediately preceding the sending of the CyberTip.

### Incident Information

**Incident Type:** Child Pornography (possession, manufacture, and distribution)
**Incident Time:** 05-10-2021 03:34:21 UTC

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.*

NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN

CyberTipline Report 90034851 | **2**

| | |
|---|---|
| Description of Incident Time: | The incident date refers to the approximate date and time Google became aware of the reported material. |

## Suspect

| | |
|---|---|
| Name: | Reb Reb |
| Date of Birth: | 03-02-1980 |
| Email Address: | reb3280@gmail.com (Verified) |
| IP Address: | 2607:fb90:9099:8c7e:0:b:a146:7901 (Login)<br>05-09-2021 18:13:52 UTC |
| IP Address: | 2607:fb90:9099:8c7e:0:b:a146:7901 (Login)<br>05-09-2021 18:13:47 UTC |
| IP Address: | 2607:fb90:9099:8c7e:0:b:a146:7901 (Login)<br>05-09-2021 18:13:39 UTC |
| IP Address: | 2607:fb90:9099:8c7e:0:b:a146:7901 (Login)<br>05-09-2021 18:13:38 UTC |
| IP Address: | 2607:fb90:902c:abfa:f7f9:9566:1d31:3bf (Login)<br>05-09-2021 04:03:49 UTC |
| IP Address: | 2607:fb90:9275:b5f7:3f00:e4d4:bb55:af04 (Login)<br>05-09-2021 02:40:51 UTC |
| IP Address: | 2607:fb90:9330:c90:2921:bcba:52e6:fdb (Login)<br>05-08-2021 07:30:39 UTC |
| IP Address: | 2607:fb90:932c:845e:4fdd:235f:aa54:c2f6 (Login)<br>05-05-2021 12:58:59 UTC |
| IP Address: | 2607:fb90:923f:5e7f:28bc:88c2:372e:f45a (Login)<br>05-05-2021 08:29:52 UTC |
| IP Address: | 2607:fb90:9336:fb60:8791:9583:547f:c304 (Login)<br>05-04-2021 11:40:50 UTC |
| IP Address: | 208.89.76.194 (Login)<br>05-03-2021 15:44:38 UTC |
| IP Address: | 208.89.76.194 (Login)<br>05-03-2021 15:36:32 UTC |
| IP Address: | 2607:fb90:902a:78e6:d74c:5ee0:55a7:aba7 (Login)<br>05-03-2021 13:34:01 UTC |
| IP Address: | 2607:fb90:9303:e60c:b2fa:c886:483b:86bc (Login)<br>05-01-2021 22:01:02 UTC |
| IP Address: | 2607:fb90:92ed:f853:c95f:d202:e558:9616 (Login)<br>04-30-2021 10:31:13 UTC |
| IP Address: | 2607:fb90:9300:27fd:cbbd:d1f9:d0db:cc0 (Login)<br>04-30-2021 02:01:01 UTC |
| IP Address: | 2607:fb90:92c0:92ca:7865:f68e:f221:777d (Login)<br>04-29-2021 20:03:51 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-29-2021 17:47:27 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-29-2021 15:30:18 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-29-2021 14:22:03 UTC |
| IP Address: | 2607:fb90:92bc:1945:bb48:32ab:d829:94a (Login)<br>04-29-2021 12:52:38 UTC |
| IP Address: | 2607:fb90:4029:88c0:a65:de6f:f7e5:9bfb (Login)<br>04-29-2021 08:23:07 UTC |
| IP Address: | 2607:fb90:4029:88c0:a65:de6f:f7e5:9bfb (Login)<br>04-29-2021 05:57:32 UTC |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN

CyberTipline Report 90034851 | 3

| | |
|---|---|
| IP Address: | 2607:fb90:92e7:7b90:682f:5c72:ea5a:72d8 (Login)<br>04-28-2021 20:16:31 UTC |
| IP Address: | 2607:fb90:92e3:b306:bcf0:2691:4774:cfb0 (Login)<br>04-28-2021 06:27:33 UTC |
| IP Address: | 2607:fb90:930f:755d:f9cc:e039:6caf:4a40 (Login)<br>04-28-2021 00:33:07 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-27-2021 19:08:11 UTC |
| IP Address: | 2607:fb90:9300:a37a:dc59:fe3e:78e6:e7e9 (Login)<br>04-27-2021 12:37:04 UTC |
| IP Address: | 75.151.33.161 (Login)<br>04-27-2021 12:05:10 UTC |
| IP Address: | 2607:fb90:9262:a117:995e:4281:e82a:f9ea (Login)<br>04-27-2021 04:57:57 UTC |
| IP Address: | 73.107.222.160 (Login)<br>04-26-2021 23:44:53 UTC |
| IP Address: | 2607:fb90:932c:73a8:e2ff:f83f:f94d:a264 (Login)<br>04-26-2021 12:11:45 UTC |
| IP Address: | 2607:fb90:40e2:da96:4278:e99a:d0b1:18e1 (Login)<br>04-26-2021 01:55:55 UTC |
| IP Address: | 2607:fb90:9333:87da:fb6b:8ebd:3dc1:29f8 (Login)<br>04-25-2021 16:11:35 UTC |
| IP Address: | 2607:fb90:9333:87da:2234:dc92:38b2:4727 (Login)<br>04-25-2021 13:51:46 UTC |
| IP Address: | 2607:fb90:9330:68e7:8c58:234f:1dbb:d9d3 (Login)<br>04-25-2021 08:05:46 UTC |
| IP Address: | 2607:fb90:9329:11d1:33c9:2ca:ea9a:62a6 (Login)<br>04-25-2021 02:10:16 UTC |
| IP Address: | 2607:fb90:9320:cbbe:2e24:88cf:c341:74e6 (Login)<br>04-25-2021 00:12:11 UTC |
| IP Address: | 2607:fb90:9322:2d5:b973:6a27:b6a4:2293 (Login)<br>04-24-2021 22:39:49 UTC |
| IP Address: | 2607:fb90:933d:1c30:a364:8920:a14:8236 (Login)<br>04-24-2021 15:51:57 UTC |
| IP Address: | 2607:fb90:9334:a6:ace1:bd28:8387:4820 (Login)<br>04-24-2021 02:43:18 UTC |
| IP Address: | 69.137.5.104 (Login)<br>04-23-2021 16:51:32 UTC |
| IP Address: | 2607:fb90:932b:8919:6a10:f12d:b91b:d258 (Login)<br>04-23-2021 10:10:59 UTC |
| IP Address: | 2607:fb90:409f:f672:7d6a:6f48:9fd6:195b (Login)<br>04-22-2021 23:23:14 UTC |
| IP Address: | 170.170.57.196 (Login)<br>04-22-2021 20:57:40 UTC |
| IP Address: | 2607:fb90:4089:45cd:ddfa:30f3:fdc0:d564 (Login)<br>04-22-2021 19:43:23 UTC |
| IP Address: | 2607:fb90:4089:45cd:f722:2e89:b754:158a (Login)<br>04-22-2021 18:20:26 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-22-2021 16:48:26 UTC |
| IP Address: | 2607:fb90:4081:8629:7cef:fdc5:9841:7585 (Login)<br>04-22-2021 16:03:59 UTC |
| IP Address: | 2607:fb90:4081:8629:c6cf:e228:1240:357e (Login)<br>04-22-2021 15:26:44 UTC |
| IP Address: | 2607:fb90:4081:8629:700d:ba:dcef:336b (Login)<br>04-22-2021 14:56:57 UTC |

This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.

NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN

CyberTipline Report 90034851 | 4

| | |
|---|---|
| IP Address: | 2607:fb90:936c:35bd:57ff:c387:8b2a:6e0f (Login)<br>04-22-2021 04:23:17 UTC |
| IP Address: | 208.89.76.193 (Login)<br>04-21-2021 20:15:11 UTC |
| IP Address: | 2607:fb90:9331:8fc2:6bec:14cb:bcd:fdf1 (Login)<br>04-21-2021 18:30:16 UTC |
| IP Address: | 2607:fb90:9324:567e:f0d1:f69a:844a:42a1 (Login)<br>04-21-2021 10:00:43 UTC |
| IP Address: | 73.54.51.62 (Login)<br>04-20-2021 23:00:41 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-20-2021 14:34:40 UTC |
| IP Address: | 73.107.222.160 (Login)<br>04-20-2021 05:37:26 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-19-2021 20:54:31 UTC |
| IP Address: | 96.85.82.212 (Login)<br>04-19-2021 18:35:43 UTC |
| IP Address: | 170.170.57.206 (Login)<br>04-16-2021 20:13:21 UTC |
| IP Address: | 170.170.57.206 (Login)<br>04-16-2021 20:13:01 UTC |
| IP Address: | 170.170.57.206 (Login)<br>04-16-2021 20:07:01 UTC |
| IP Address: | 2607:fb90:92c2:15a2:9d71:b93d:ceef:53f1 (Login)<br>04-16-2021 19:57:43 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-16-2021 16:11:53 UTC |
| IP Address: | 2607:fb90:e44c:1d85:d2a:7b6e:27b4:b489 (Login)<br>04-15-2021 23:49:49 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-15-2021 16:00:50 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-15-2021 15:33:49 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-15-2021 15:26:51 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-15-2021 14:18:56 UTC |
| IP Address: | 2607:fb90:921a:2c15:db09:984a:d23e:4467 (Login)<br>04-14-2021 23:55:17 UTC |
| IP Address: | 170.170.57.197 (Login)<br>04-14-2021 22:11:16 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-14-2021 18:14:41 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-14-2021 17:43:59 UTC |
| IP Address: | 2607:fb90:933f:4b81:bb22:417e:15e4:1387 (Login)<br>04-14-2021 03:24:29 UTC |
| IP Address: | 2607:fb90:933f:4b81:bb22:417e:15e4:1387 (Login)<br>04-14-2021 02:17:47 UTC |
| IP Address: | 2607:fb90:9224:dacf:c88e:24f6:62c4:1dd5 (Login)<br>04-13-2021 21:07:09 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-13-2021 19:16:25 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-13-2021 15:40:54 UTC |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

CyberTipline Report 90034851 | 5

| | |
|---|---|
| IP Address: | 2607:fb90:9268:cd19:6b06:690:93aa:62ee (Login)<br>04-13-2021 05:24:34 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-12-2021 20:31:26 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-12-2021 20:06:09 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-12-2021 17:58:36 UTC |
| IP Address: | 208.89.76.194 (Login)<br>04-12-2021 17:06:02 UTC |
| IP Address: | 2607:fb90:92cb:bd69:f412:f1bc:1db:c3da (Login)<br>04-11-2021 00:55:41 UTC |
| IP Address: | 73.54.61.146 (Login)<br>04-10-2021 10:11:12 UTC |
| IP Address: | 73.54.61.146 (Login)<br>04-10-2021 09:47:04 UTC |
| IP Address: | 73.54.61.146 (Login)<br>04-10-2021 07:49:22 UTC |
| IP Address: | 73.54.61.146 (Login)<br>04-10-2021 06:55:52 UTC |
| IP Address: | 73.54.61.146 (Login)<br>04-10-2021 03:56:35 UTC |
| IP Address: | 73.54.61.146 (Login)<br>04-10-2021 03:12:11 UTC |
| IP Address: | 73.54.61.146 (Login)<br>04-10-2021 03:03:31 UTC |
| IP Address: | 73.54.61.146 (Login)<br>04-10-2021 02:46:30 UTC |
| IP Address: | 2607:fb90:9226:f812:c03f:3c6a:6049:1ded (Login)<br>01-01-2021 21:54:51 UTC |
| IP Address: | 2607:fb90:9226:f812:c03f:3c6a:6049:1ded (Login)<br>01-01-2021 21:27:39 UTC |
| IP Address: | 96.85.82.212 (Login)<br>12-29-2020 17:45:17 UTC |
| IP Address: | 96.85.82.212 (Login)<br>12-29-2020 16:35:01 UTC |
| IP Address: | 96.85.82.212 (Login)<br>12-29-2020 16:34:58 UTC |
| IP Address: | 208.89.76.194 (Login)<br>12-28-2020 19:38:30 UTC |
| IP Address: | 208.89.76.194 (Login)<br>12-28-2020 18:45:30 UTC |
| IP Address: | 50.192.19.181 (Login)<br>12-28-2020 15:05:02 UTC |
| IP Address: | 50.192.19.181 (Login)<br>12-28-2020 15:01:55 UTC |
| IP Address: | 50.192.19.181 (Login)<br>12-28-2020 15:01:46 UTC |
| IP Address: | 50.192.19.181 (Login)<br>12-28-2020 15:01:38 UTC |
| IP Address: | 50.192.19.181 (Login)<br>12-28-2020 14:52:41 UTC |
| IP Address: | 96.85.82.212 (Login)<br>12-28-2020 00:45:36 UTC |
| IP Address: | 2600:1006:b065:2222:0:49:6293:aa01 (Login)<br>12-27-2020 07:02:09 UTC |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

CyberTipline Report 90034851 | 6

| IP Address: | 2600:1006:b065:2222:0:49:6293:aa01 (Login) 12-27-2020 07:02:08 UTC |
| --- | --- |
| IP Address: | 2600:1006:b065:2222:0:49:6293:aa01 (Login) 12-27-2020 07:01:24 UTC |
| IP Address: | 2600:1006:b025:6175:0:48:ec13:8a01 (Login) 12-24-2020 15:29:12 UTC |
| IP Address: | 2600:1006:b028:3559:0:4e:fd9a:d701 (Login) 12-23-2020 02:55:17 UTC |
| IP Address: | 2600:1006:b004:406e:0:4a:ecc8:f201 (Login) 12-20-2020 23:09:15 UTC |
| IP Address: | 2600:1006:b004:406e:0:4a:ecc8:f201 (Login) 12-20-2020 23:07:55 UTC |
| IP Address: | 2600:1006:b004:406e:0:4a:ecc8:f201 (Login) 12-20-2020 23:07:47 UTC |
| IP Address: | 2600:1006:b004:406e:0:4a:ecc8:f201 (Login) 12-20-2020 23:07:46 UTC |

### Additional Information Submitted by the Reporting ESP

Google became aware of the reported content which was stored in Google Gmail infrastructure

### Uploaded File Information

Number of uploaded files: 2

### Uploaded File Information

| Filename: | Google-CT-RPT-7f5b7ecd5e45b7742bb3976066a9309d-7ca8239e█████████f9e2d68.gif |
| --- | --- |
| MD5: | 7ca8239e█████████f9e2d68 |
| Original Filename Associated with File: | 7ca8239e█████████bf9e2d68.gif |
| Did Reporting ESP view entire contents of uploaded file? | Yes |
| Did Reporting ESP view the EXIF of uploaded file? | (Information Not Provided by Company) |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |
| Image Categorization by ESP: (See Section B for further explanation) | B1 |

Source Information:

| Type | Value | Event | Date/Time |
| --- | --- | --- | --- |
| IP Address | 2607:fb90:91b5:cda:0:12:7eee:6e01 | Upload | 05-09-2021 20:03:27 UTC |

### Uploaded File Information

| Filename: | Google-CT-RPT-33caf3e46844ad9ad4a9cb775dce9397-1cea0a█████████bf711.gif |
| --- | --- |
| MD5: | 1cea0a█████████bf711 |
| Original Filename Associated with File: | 1cea0a█████████bf711.gif |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*

GOV-00388



CyberTipline Report 90034851 | 7

| Did Reporting ESP view entire contents of uploaded file? | No |
| --- | --- |
| Were entire contents of uploaded file publicly available? | (Information Not Provided by Company) |

**Source Information:**

| Type | Value | Event | Date/Time |
| --- | --- | --- | --- |
| IP Address | 2607:fb90:91b5:cda:0:12:7eee:6e01 | Upload | 05-09-2021 20:03:25 UTC |

This concludes Section A. All of the information in this section was submitted electronically to the CyberTipline by the Reporting Person, NCMEC Call Center or Reporting ESP. The information appearing in Section A is information received in the original submission. The reporting of information in Section A, other than the "Incident Type" and "Incident Time," is voluntary and undertaken at the initiative of the Reporting Person or Reporting ESP.

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.
Please treat all information in this Report as confidential.*



CyberTipline Report 90034851 | 8

# Section B: Automated Information Added by NCMEC Systems

Upon receipt of a CyberTipline report, NCMEC Systems may conduct automated processes on the information submitted in Section A. The information found in Section B of this CyberTipline Report has been automatically generated by NCMEC Systems. If the CyberTipline Report was submitted by a member of the public, Section B will be blank.

## Explanation of Automated Information (in alphabetical order)

**Geo-Lookup:** When a Reporting ESP voluntarily reports an IP address for the "Suspect," NCMEC Systems will geographically resolve the IP address via a publicly-available online query. The results of this lookup are displayed.

Geolocation data is approximate and may not display a user's exact location. Please be aware that the geolocation information provided is not exact but is providing a reliable estimate of location based on IP address(es) voluntarily provided by the reporting ESP.

## Further Information on Uploaded Files

Number of uploaded files in each categorization category:

**B1:** 1

The following categorization system was created by various ESPs in January 2014:

| | Content Ranking | 1 | 2 |
|---|---|---|---|
| A | Prepubescent Minor | A1 | A2 |
| B | Pubescent Minor | B1 | B2 |

| Rank | Term | Definition |
|---|---|---|
| 1 | Sex Act | Any image of sexually explicit conduct (actual or simulated sexual intercourse including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction that lacks serious literary, artistic, political, or scientific value. |
| 2 | Lascivious Exhibition | Any image depicting nudity and one or more of: restraint, sexually suggestive poses, focus on genitals, inappropriate touching, adult arousal, spreading of limbs or genitals, and such depiction lacks serious literary, artistic, political, or scientific value. |

## Uploaded File Information

**File Tag(s):** Automated file categorization is based on NCMEC's review of uploaded files in this report **OR** a "Hash Match" of one or more uploaded files to visually similar files that were previously viewed and categorized by NCMEC at the time a PDF of this report was generated.

### Files and Categorization

| Filename | MD5 | Categorization |
|---|---|---|
| Google-CT-RPT-7f5b7ecd5e45b7742bb3976066a9309d-7ca823▮▮▮▮▮▮▮▮▮ebf9e2d68.gif | 7ca823▮▮▮▮▮▮▮▮▮ebf9e2d68 | Apparent Child Pornography |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*

CyberTipline Report 90034851 | 9

## Files and Categorization

| Filename | MD5 | | Categorization |
|---|---|---|---|
| Google-CT-RPT-33caf3e46844ad9ad4a9cb775dce9397-1cea0a▮▮▮▮▮▮▮▮▮▮▮▮▮▮9bf711.gif | 1cea0a▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | b9bf711 | Apparent Child Pornography |

### Geo-Lookup (Suspect)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 2607:fb90:92e3:b306:bcf0:2691:4774:cfb0 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:936c:35bd:57ff:c387:8b2a:6e0f | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:9275:b5f7:3f00:e4d4:bb55:af04 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:9336:fb60:8791:9583:547f:c304 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:923f:5e7f:28bc:88c2:372e:f45a | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 170.170.57.197 | US | | | | | | 37.751/ -97.822 | Latisys-Denver, LLC/ FedEx Internet Technologies Corporation |
| 2607:fb90:933f:4b81:bb22:417e:15e4:1387 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:933d:1c30:a364:8920:a14:8236 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:4029:88c0:a65:de6f:f7e5:9bfb | US | FL | Orlando | Orlando-Daytona Beach-Melbourne | 32808 | | 28.5788/ -81.4396 | T-Mobile USA/ T-Mobile USA |
| 50.192.19.181 | US | FL | Fort Myers | Fort Myers-Naples | 33908 | | 26.5367/ -81.9446 | Comcast Business/ Comcast Business |
| 2607:fb90:40e2:da96:4278:e99a:d0b1:18e1 | US | FL | Orlando | Orlando-Daytona Beach-Melbourne | 32825 | | 28.5464/ -81.2585 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:92ed:f853:c95f:d202:e558:9616 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:9334:a6:ace1:bd28:8387:4820 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2600:1006:b065:2222:0:49:6293:aa01 | US | FL | Tampa | Tampa-St. Petersburg (Sarasota) | 33609 | | 27.9482/ -82.5036 | Verizon Wireless/ Verizon Wireless |
| 2607:fb90:9300:27fd:cbbd:d1f9:d0db:cc0 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:9333:87da:fb6b:8ebd:3dc1:29f8 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:9099:8c7e:0:b:a146:7901 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 75.151.33.161 | US | FL | Fort Myers | Fort Myers-Naples | 33916 | | 26.6462/ -81.8455 | Comcast Business/ Comcast Business |
| 2607:fb90:92e7:7b90:682f:5c72:ea5a:72d8 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*



CyberTipline Report 90034851 | 10

| IP | Country | State | City | Metro | Zip | Lat/Lon | ISP/Org |
|---|---|---|---|---|---|---|---|
| 2607:fb90:4089:45cd:f722:2e89:b754:158a | US | FL | Miami | Miami-Fort Lauderdale | 33142 | 25.8119/ -80.2318 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:9324:567e:f0d1:f69a:844a:42a1 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:902c:abfa:f7f9:9566:1d31:3bf | US | FL | Miami | Miami-Fort Lauderdale | 33102 | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:921a:2c15:db09:984a:d23e:4467 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 170.170.57.196 | US | | | | | 37.751/ -97.822 | Latisys-Denver, LLC/ FedEx Internet Technologies Corporation |
| 2607:fb90:9268:cd19:6b06:690:93aa:62ee | US | FL | Miami | Miami-Fort Lauderdale | 33102 | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 208.89.76.193 | US | FL | Cape Coral | Fort Myers-Naples | 33914 | 26.5559/ -82.0214 | Lee County BoCC/ Lee County BoCC |
| 2607:fb90:9330:68e7:8c58:234f:1dbb:d9d3 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:9329:11d1:33c9:2ca:ea9a:62a6 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:930f:755d:f9cc:e039:6caf:4a40 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 69.137.5.104 | US | FL | Fort Myers | Fort Myers-Naples | 33908 | 26.5367/ -81.9446 | Comcast Cable/ Comcast Cable |
| 2607:fb90:932b:8919:6a10:f12d:b91b:d258 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:932c:73a8:e2ff:f83f:f94d:a264 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:9320:cbbe:2e24:88cf:c341:74e6 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:902a:78e6:d74c:5ee0:55a7:aba7 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:4089:45cd:ddfa:30f3:fdc0:d564 | US | FL | Miami | Miami-Fort Lauderdale | 33142 | 25.8119/ -80.2318 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:92c2:15a2:9d71:b93d:ceef:53f1 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 170.170.57.206 | US | | | | | 37.751/ -97.822 | Latisys-Denver, LLC/ FedEx Internet Technologies Corporation |
| 2607:fb90:4081:8629:700d:ba:dcef:336b | US | FL | Pompano Beach | Miami-Fort Lauderdale | 33068 | 26.2134/ -80.2239 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:9333:87da:2234:dc92:38b2:4727 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 73.54.51.62 | US | FL | Fort Myers | Fort Myers-Naples | 33907 | 26.5698/ -81.8695 | Comcast Cable/ Comcast Cable |
| 2607:fb90:e44c:1d85:d2a:7b6e:27b4:b489 | US | FL | Tampa | Tampa-St. Petersburg (Sarasota) | 33612 | 28.0508/ -82.4484 | T-Mobile USA/ T-Mobile USA |
| 73.54.61.146 | US | FL | Fort Myers | Fort Myers-Naples | 33901 | 26.6207/ -81.8741 | Comcast Cable/ Comcast Cable |

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|
| 2600:1006:b004:40 6e:0:4a:ecc8:f201 | US | FL | Tampa | Tampa-St. Petersburg (Sarasota) | 33637 | | 28.0386/ -82.3696 | Verizon Wireless/ Verizon Wireless |
| 208.89.76.194 | US | FL | Cape Coral | Fort Myers-Naples | 33914 | | 26.5559/ -82.0214 | Lee County BoCC/ Lee County BoCC |
| 2607:fb90:92c0:92 ca:7865:f68e:f221 :777d | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:9226:f8 12:c03f:3c6a:6049 :1ded | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2600:1006:b028:35 59:0:4e:fd9a:d701 | US | FL | Tampa | Tampa-St. Petersburg (Sarasota) | 33603 | | 27.9875/ -82.4583 | Verizon Wireless/ Verizon Wireless |
| 2607:fb90:9300:a3 7a:dc59:fe3e:78e6 :e7e9 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:9224:da cf:c88e:24f6:62c4 :1dd5 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:409f:f6 72:7d6a:6f48:9fd6 :195b | US | FL | Miami | Miami-Fort Lauderdale | 33147 | | 25.8502/ -80.2367 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:9331:8f c2:6bec:14cb:bcd: fdf1 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:9262:a1 17:995e:4281:e82a :f9ea | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2600:1006:b025:61 75:0:48:ec13:8a01 | US | FL | Lithia | Tampa-St. Petersburg (Sarasota) | 33547 | | 27.8257/ -82.1374 | Verizon Wireless/ Verizon Wireless |
| 2607:fb90:9322:2d 5:b973:6a27:b6a4: 2293 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:4081:86 29:c6cf:e228:1240 :357e | US | FL | Pompano Beach | Miami-Fort Lauderdale | 33068 | | 26.2134/ -80.2239 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:932c:84 5e:4fdd:235f:aa54 :c2f6 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:4081:86 29:7cef:fdc5:9841 :7585 | US | FL | Pompano Beach | Miami-Fort Lauderdale | 33068 | | 26.2134/ -80.2239 | T-Mobile USA/ T-Mobile USA |
| 96.85.82.212 | US | FL | Naples | Fort Myers-Naples | 34110 | | 26.2845/ -81.7563 | Comcast Business/ Comcast Business |
| 2607:fb90:92cb:bd 69:f412:f1bc:1db: c3da | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:9303:e6 0c:b2fa:c886:483b :86bc | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 2607:fb90:9330:c9 0:2921:bcba:52e6: fdb | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |
| 73.107.222.160 | US | FL | Fort Myers | Fort Myers-Naples | 33907 | | 26.5698/ -81.8695 | Comcast Cable/ Comcast Cable |
| 2607:fb90:92bc:19 45:bb48:32ab:d829 :94a | US | FL | Miami | Miami-Fort Lauderdale | 33102 | | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |

### Geo-Lookup (Uploaded Files)

| IP Address | Country | Region | City | Metro Area | Postal Code | Area Code | Lat/Long | ISP/Org |
|---|---|---|---|---|---|---|---|---|

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

GOV-00393



CyberTipline Report 90034851 | 12

| | | | | | | |
|---|---|---|---|---|---|---|
| 2607:fb90:91b5:cda:0:12:7eee:6e01 | US | FL | Miami | Miami-Fort Lauderdale | 33102 | 25.7741/ -80.1817 | T-Mobile USA/ T-Mobile USA |

**This concludes Section B**

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*

GOV-00394

CyberTipline Report 90034851 | 13

# Section C: Additional Information Provided by NCMEC

Section C contains information collected by NCMEC staff based on the information electronically submitted by the Reporting Person, NCMEC Call Center or Reporting ESP. Section C may contain a variety of additional information, including data gathered from queries on publicly-available, open-source websites. Any queries conducted by NCMEC staff will be documented and any query results will be saved to the electronic filing system when possible. The CyberTipline cannot confirm the accuracy of information found in public records or whether the results are affiliated with any parties relating to this report.

| | |
|---|---|
| **NCMEC Priority Level:** | E (Report submitted by a registered Electronic Service Provider) |
| **NCMEC Classification*:** | Apparent Child Pornography<br>Files Not Reviewed by NCMEC, Hash Match |
| **Escalated by NCMEC:** | The suspect appears to be a registered sex offender |
| **International Country:** | United States |
| **NCMEC Date Processed:** | 05-26-2021 14:00:08 UTC |
| **Made Available to Law Enforcement by NCMEC:** | Yes |
| **Associated CyberTipline Reports:** | 90109206, 90533145, 90418734, 91101569, 91186992 |

*NCMEC Classification is based on NCMEC's review of the report **OR** a "Hash Match" of one or more uploaded files. NCMEC may not have viewed all uploaded files submitted by the reporting ESP.

## NCMEC Note #1

*ECD-JLD 05-26-2021 14:00:08 UTC*

There are multiple reports on this suspect. Please see CT #91186992 for all analysis.

## Uploaded File Information

**Files Not Viewed by NCMEC:**

NCMEC staff have not viewed the following uploaded files and have no information concerning the content of the uploaded files other than information voluntarily provided in the report by the reporting ESP or noted in Section B of the report.

**Files Not Viewed by NCMEC:**

| Filename | MD5 |
|---|---|
| Google-CT-RPT-7f5b7ecd5e45b7742bb3976066a9309d-7ca8239e▬▬▬▬▬1ebf9e2d68.gif | 7ca8239e▬▬▬▬▬1ebf9e2d68 |
| Google-CT-RPT-33caf3e46844ad9ad4a9cb775dce9397-1cea0a1▬▬▬▬▬01b9bf711.gif | 1cea0a1▬▬▬▬▬01b9bf711 |

This concludes Section C

If you need further information regarding the contents of this Report, please contact the CyberTipline at ecuassistance@ncmec.org or 1-877-446-2632, ext. 6702.

For more information regarding images containing identified child victims, please contact the Child Victim Identification Program (CVIP) at cvip@ncmec.org.

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission. Please treat all information in this Report as confidential.*



CyberTipline Report 90034851 | 14

## Section D: Law Enforcement Contact Information

The report was made available to the Law Enforcement Agency listed below.

**Broward County Sheriff's Office**

Investigator:
  Assigned Officer:    Access VPN
  Title:               Sgt. Thomas McInerney
  City/State:          Fort Lauderdale, FL
  Country:             United States
  Phone Number:        
  Email Address:       Ana_Ochoa@bsosid.org,Thomas_Mcinerney@bsosid.org,peter_geary@bsosid.org

Time/Date was made available: 05-26-2021 14:00:08 UTC

This concludes Section D

This concludes CyberTipline Report 90034851

*This Report is provided solely for informational purposes pursuant to NCMEC's nonprofit mission.*
*Please treat all information in this Report as confidential.*