UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:22-cr-53-SPC-NPM

RICHARD EDWARD BRILLHART

## ORDER

Trial is set for February 5, 2024. Defendant Richard Brillhart intends to call an out-of-state witness to testify, but he needs the United States Marshals Service's help in securing her travel. The Court has already addressed this matter at an in-person hearing a few months ago, and it found Defendant unable to pay the witness's fees and the witness necessary for Defendant's defense. (Doc. 130 at 2). To ensure Defendant secures the witness's travel in time for the February 5 trial, the Court provides this Order to memorialize its past oral ruling.

Accordingly, it is

**ORDERED:**

1. Because Defendant Richard Brillhart has shown an inability to pay the witness's fees and the witness is necessary for him to present an adequate defense, the United States Marshals Service is **DIRECTED** to either (1) make prepaid travel arrangements for the witness; or (2) reimburse the witness for travel she arranges. Under either scenario,

all costs (including travel costs) and fees must be paid in the same manner as those paid for witnesses who the Government subpoenas.

2. If not already done, Defendant must **PROMPTLY** secure a subpoena for this witness.

3. Defendant then must **PROMOTLY** provide the United States Marshals Service with a copy of this Order and the subpoena to ensure the witness is at trial.

**DONE AND ORDERED** in Fort Myers, Florida on January 3, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   Ricardo Rodriguez, Supervisory Deputy U.S. Marshal
          Counsel of Record