UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:22-cr-53-SPC-NPM

RICHARD EDWARD BRILLHART

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Preliminary Order of Forfeiture. (Doc. 208). On February 7, 2024, following a three-day trial, a jury found the defendant guilty of Counts One and Two of the Indictment. The government now seeks a preliminary order forfeiting an **Alcatel 4052z cell phone (IMEI: 015565004224072), containing a 16 Gigabyte SD card**. See 18 U.S.C. § 2253; Fed. R. Crim. P. 32.2(b)(2).

In so moving, the Government has connected the **Alcatel 4052z cell phone (IMEI: 015565004224072), containing a 16 Gigabyte SD card** to the crimes of conviction. The Court thus finds the United States is entitled to possession of the **Alcatel 4052z cell phone (IMEI: 015565004224072), containing a 16 Gigabyte SD card**.

Accordingly, it is now

**ORDERED:**

The United States' Motion for Preliminary Order of Forfeiture (Doc. 208) is **GRANTED**.

1. The **Alcatel 4052z cell phone (IMEI: 015565004224072), containing a 16 Gigabyte SD card** is **FORFEITED** to the United States for disposition according to law and subject to 18 U.S.C. § 2253 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

2. This Order will become a final order of forfeiture as to Defendant at sentencing.

3. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of the asset.

**DONE AND ORDERED** in Fort Myers, Florida on August 2, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record